UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>              Plaintiff,<br><br>   v.<br><br>CHAMPION PETFOODS USA, INC. a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>              Defendants. | NO. 2:18-CV-01578-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND ANSWER DEADLINE AND MODIFY CASE SCHEDULE RE CLASS CERTIFICATION |

THIS MATTER came before the Court upon Plaintiff Holly Rydman, and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP's Stipulated Motion to Extend Answer Deadline and Modify Case Schedule re Class Certification ("Motion"). Having reviewed the Motion, the records and files herein, and being fully advised of the premises, the Court finds that good cause exists to grant the relief requested. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Defendants' deadline to Answer Plaintiff's Amended Complaint is extended to February 28, 2019; and it is further

ORDERED that the Rule 16(B) and Rule 23(D)(2) Scheduling Order Regarding Class Certification Motion [ECF No. 20] is modified as follows:

- Deadline to complete discovery on class certification is extended from April 11, 2019, to October 1, 2019
- Deadline for Plaintiffs to file motion for class certification is extended from May 16, 2019, to November 15, 2019.

DATED this 27th day of December 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE