# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPION PETFOODS USA, INC., a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership, <br><br> Defendants. | No. C18-1578 RSM <br><br> ORDER GRANTING STIPULATED MOTION TO STAY |

THIS MATTER came before the Court upon Plaintiff Holly Rydman, and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP's Stipulated Motion For A Temporary Stay in this matter pending resolution of *Reitman et al v. Champion Petfoods USA, Inc., et al*, Case No. 2:18-cv-01736-DOC-JPR (C.D. Calif.) ("*Reitman*"), which is set for trial on October 29, 2019. Having reviewed the Motion, the records and files herein, and being fully advised of the premises, the Court finds that good cause exists to grant the relief requested. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED that this case is STAYED until November 18, 2019, pending resolution of the October 29, 2019 trial; and it is further

ORDER GRANTING STIPULATED MOTION TO STAY

| | |
|---|---|
| 1 | ORDERED that the parties will update the Court within ten (10) days if resolution is reached prior to the *Reitman* trial or will file a status report within seven (7) days after the *Reitman* trial and in any event not later than November 18, 2019. |
| 2 | |
| 3 | |
| 4 | |
| 5 | DATED this 28th day of February 2019. |

DATED this 28th day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO STAY