UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC., a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>Defendants. | CASE NO. C18-1578 RSM<br><br>ORDER LIFTING STAY |

On February 28, 2019, and on the stipulated motion of the parties, the Court imposed a stay in this matter. Dkt. #32. The stay, applicable until November 18, 2019, was to allow an out of district case ("*Reitman*")[1] to proceed prior to this action. *Id.* After the parties informed the Court of delays in the *Reitman* case, the Court extended the stay through the resolution of *Reitman*. Dkt. #34.

On February 14, 2020, the parties filed a joint status report informing the Court that *Reitman* is now subject to its own stay. Dkt. #35. This stay was entered "to allow the U.S. Court

---

[1] *Reitman v. Champion Petfoods USA, Inc.*, Case No. 2:18-cv-01736-DOC-JPR (C.D. Cal.).

ORDER – 1

of Appeals for the Ninth Circuit to reach a decision on Plaintiffs' Petition for Permission to Appeal the Denial of Class Certification." *Id.* at ¶ 5. Despite that appeal proceeding in the Ninth Circuit Court of Appeals, the parties have requested that the Court lift the stay and allow Plaintiff to file "an amended complaint within thirty (30) days of submitting this status report." *Id.* at ¶ 9.

Accordingly, the Court finds and ORDERS that the Clerk shall LIFT the STAY in this matter and that Plaintiff may file an amended compliant no later than March 16, 2020.

Dated this 24 day of February, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2