UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN and SERIN NGAI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC. a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>Defendants. | NO. 2:18-CV-01578-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT |

THIS MATTER came before the court on the parties' Stipulated Motion to Extend Time for Defendants to Respond to Plaintiff's Second Amended Complaint. (ECF No. 47). The Court having reviewed the Stipulated Motion, it is hereby

ORDERED that the Motion is GRANTED.

The deadline for Defendants Champion Petfoods USA, Inc. and Champion Petfoods LP to respond to Plaintiff's Second Amended Complaint is hereby extended to **May 14, 2020.**

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT - 1
NO. 2:18-CV-01578-RSM
{03951466.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

DATED this 24 day of March 2020, at Seattle, Washington.

*signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

*/s/ Binah B. Yeung*
Binah B. Yeung, WSBA No. 44065
Email: byeung@cairncross.com
Jonathan D. Tebbs, WSBA No. 53861
Email: jtebbs@cairncross.com

524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendants

GREENBERG TRAURIG, PA

*/s/ David A. Coulson*
David A. Coulson, Florida Bar No. 176222

333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0754
Facsimile: (305) 579-0500
Email: coulsond@gtlaw.com
Attorneys for Defendants
Admitted Pro Hac Vice 12/12/2018, ECF No. 23

---

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT - 2
NO. 2:18-CV-01578-RSM
{03951466.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

BRESKIN JOHNSON TOWNSEND, PLLC

*/s/Brendan W. Donckers*
Brendan W. Donckers, WSBA No. 39406
Roger Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Fax: (206) 652-8290
Email: bdonckers@bjtlegal.com
rtownsend@bjtlegal.com
Attorneys for Plaintiff

LOCKRIDGE GRINDAL NAUEN PLLP

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson, California Bar No. 241858
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
Email: rapeterson@locklaw.com
Attorneys for Plaintiff
Admitted Pro Hac Vice 11/1/2018, ECF No. 5

ROBBINS LLP
Kevin A. Seely*
Steven M. McKany*
5040 Shoreham place
San Diego, CA 92122
Telephone: (619) 525-3990
kseely@robbinsllp.com
smckany@robbinsllp.com

CUNEO GILBERT & LADUCA, LLP
Katherine Van Dyck*
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
kvandyck@cuneolaw.com

POMERANTZ LLP
Gustavo F. Bruckner*
Samuel J. Adams*
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
gfbruckner@pomlaw.com
sjadams@pomlaw.com

GUSTAFSON GLUEK, PLLC

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT - 3
NO. 2:18-CV-01578-RSM

{03951466.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

| 1 | Daniel E. Gustafson*
| | Raina C. Borrelli*
| 3 | Canadian Pacific Plaza
| | 120 South 6th Street, Suite 2600
| 4 | Minneapolis, MN 55402
| | Telephone: (612) 333-8844
| 5 | dgustafson@gustafsongluek.com
| | rborrelli@gustafsongluek.com
| 6 |
| | WEXLER WALLACE LLP
| 7 | Kenneth A. Wexler*
| | Mark Tamblyn*
| 8 | Michelle Perkovic*
| | 55 West Monroe Street, Suite 3300
| 9 | Chicago, IL 60603
| | ecf@wexlerwallace.com
| 10 | mjt@wexlerwallace.com
| | alc@wexlerwallace.com
| 11 |
| | *Admitted Pro Hac Vice
| 12 | Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT - 4
NO. 2:18-CV-01578-RSM
{03951466.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308