HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN and SERIN NGAI, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHAMPION PETFOODS USA, INC. a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>　　　　　　　　Defendants. | NO. 2:18-CV-01578-RSM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

　　PLEASE TAKE NOTICE that the undersigned attorney hereby withdrawals as counsel of record for Defendants Champion Petfoods.  Defendants are currently represented by Cairncross & Hempelmann, and the undersigned counsel has joined Beveridge & Diamond P.C.

Dated: April 7, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ Eric L. Christensen*
　　　　　　　　　　　　　　　　　Eric L. Christensen,
　　　　　　　　　　　　　　　　　*Withdrawing Counsel for Defendants*

---

**NOTICE OF WITHDRAWAL OF COUNSEL**
Cause No. 2:18-cv-01578

BEVERIDGE & DIAMOND, P.C.
600 University Street, Suite 1601
Seattle, WA 98101
(206) 315-4800