UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN, et al., | CASE NO. C18-1578 RSM |
| Plaintiffs, | ORDER OF STAY |
| v. | |
| CHAMPION PETFOODS USA, INC., et al., | |
| Defendants. | |

On May 18, 2021, the parties requested "a joint status conference before the Court via videoconferencing/telephone to update the Court on the status of related cases and [to] set a case schedule." Dkt. #65. The Court held a telephone conference with the parties on June 4, 2021, and the parties agreed to a stay of this matter for approximately six months to allow related cases to clarify the legal landscape.

Accordingly, the Court ORDERS that this matter is STAYED until January 20, 2022. A telephone conference is scheduled for the same date at 10:00 AM and the parties are directed to submit a joint status report or stipulated motion in advance of the telephone conference.

Dated this 4th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1