HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| HOLLY RYDMAN and SERIN NGAI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC., a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>Defendants. | Case No. 2:18-CV-01578-TL<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, pursuant to LCR 83.2(b)(2), the undersigned hereby notifies the Court and counsel that Trevor S. Locko is no longer with the law firm of Robbins LLP, and is withdrawing his representation on behalf of plaintiffs Holly Rydman and Serin Ngai ("Plaintiffs") in the above-referenced action. Plaintiffs will continue to be represented by Kevin A. Seely of Robbins LLP and remaining counsel of record.

Dated: January 13, 2022

ROBBINS LLP

*s/ Kevin A. Seely*
Kevin A. Seely, *admitted pro hac vice*
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

Attorney for Plaintiffs

NOTICE OF WITHDRAWAL OF APPEARANCE - 1