HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| HOLLY RYDMAN and SERIN NGAI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC., a Delaware corporation; and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>Defendants. | No. 2:18-cv-01578-TL<br><br>[PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL |

THIS MATTER came before the Court on the parties' Stipulation Regarding Voluntary Dismissal (Dkt. No. 83).

IT IS ORDERED that the Plaintiff Serin Ngai's claims are hereby dismissed with prejudice, with each party to bear its own costs.

DATED this 3rd day of May, 2022.

_____
Tana Lin
United States District Judge