HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA INC. a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>Defendants. | NO. 2:18-CV-01578-TL<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO MODIFY CASE SCHEDULE DEADLINES FOR REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY CUT-OFF<br><br>[PROPOSED] |

THIS MATTER came before the Court upon Plaintiff Holly Rydman and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP's Joint Stipulated Motion to Modify Case Schedule Deadlines for Rebuttal Expert Reports and Expert Discovery Cut-Off (the "Stipulated Motion"). Having reviewed the Stipulated Motion and the record and files herein, and in accordance with Section II(G) of the Court's Standing Order for All Civil Cases, the Court finds that good cause exists to grant the relief requested. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Minute Order on Status Conference [ECF No. 78] is modified as follows:

- Deadline for Rebuttal Expert Disclosure/Reports is changed from July 29, 2022 to August 26, 2022; and
- Deadline to complete Expert Discovery is changed from August 17, 2022 to September 16, 2022.

DONE this 22nd day of July, 2022.

Tana Lin
United States District Judge

ORDER GRANTING JOINT STIPULATED MOTION TO MODIFY
CASE SCHEDULE DEADLINES FOR REBUTTAL EXPERT
REPORTS AND EXPERT DISCOVERY CUT-OFF- 2
CASE NO. 2:18-CV-01578-TL