HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHAMPION PETFOODS USA INC. a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,<br><br>        Defendants. | NO. 2:18-CV-01578-TL<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO ENTER DISPOSITIVE BRIEFING SCHEDULE AND EXTEND PAGE LIMITATIONS<br><br>[PROPOSED] |

THIS MATTER came before the Court upon Plaintiff Holly Rydman and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP's Joint Stipulated Motion to Enter Dispositive Briefing Schedule and Extend Page Limitations (the "Stipulated Motion"). Having reviewed the Stipulated Motion, the record and files herein, and being fully advised of the premises, the Court finds that good cause exists to grant the relief requested. Accordingly, it is hereby:

ORDER GRANTING JOINT STIPULATED MOTION TO ENTER DISPOSITIVE BRIEFING SCHEDULE AND EXTEND PAGE LIMITATIONS - 1
CASE NO. 2:18-CV-01578-TL

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

ORDERED, ADJUDGED, AND DECREED that the Parties' class certification, summary judgment, and *Daubert* briefing schedule is as follows:

- November 10, 2022 – Deadline to file summary judgment, class certification, and *Daubert* motions
- December 14, 2022 – Deadline to file oppositions to *Daubert* motions
- January 6, 2023 – Deadline to file replies in support of *Daubert* motions and noting dates for same
- January 9, 2023 – Deadline to file oppositions to summary judgment and class certification motions
- January 27, 2023 – Deadline to file replies in support of summary judgment and class certification motions and noting dates for same

The page limitations for the Parties' class certification, summary judgment, and *Daubert* briefing schedule is as follows:

- 32 pages for summary judgment motion and opposition; 16 pages for reply
- 30 pages for class certification motion and opposition; 15 pages for reply
- 20 pages for Boedeker *Daubert* motion and opposition; 10 pages for reply
- 16 pages for each remaining *Daubert* motion and opposition; 8 pages for replies

DONE this 1st day of November, 2022.

Tana Lin
United States District Judge