UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOLLY RYDMAN,

        Plaintiff,

v.

CHAMPION PETFOODS USA, INC., et al.,

        Defendants.

C18-1578 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This case has recently been transferred to this Court on March 31, 2023. The Court has now decided all pending motions. The Court notes that this case has no effective trial date. Now, therefore, the Court DIRECTS the parties to meet and confer and file a revised Joint Status Report by June 7, 2023, supplementing the previous status report, docket no. 77, and addressing the following issues: Proposals for a trial date, length of trial, and motions *in liminie* deadlines.

(2) The Parties also will designate trial counsel, not to exceed two (2) persons.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 24th day of May, 2023.

                                     Ravi Subramanian
                                     Clerk

                                     s/Laurie Cuaresma
                                     Deputy Clerk

MINUTE ORDER - 2