UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC., et al.,<br><br>Defendant. | C18-1578 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report, docket no. 30, submitted by the parties, the Court hereby sets the following dates and deadlines:

| **JURY TRIAL DATE** | **February 5, 2024** |
|---|---|
| Motions in limine filing deadline | January 4, 2024 |
| Agreed pretrial order due | January 19, 2024 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 19, 2024 |
| Pretrial conference scheduled for | January 26, 2024, at 10:00am. |

MINUTE ORDER - 1

All other terms and conditions, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 148, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2