HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

CHAMPION PETFOODS USA, INC. a Delaware corporation, and CHAMPION PETFOODS LP, a Canadian limited partnership,

Defendants.

NO. 2:18-CV-1578-TSZ

STIPULATION AND ORDER DISMISSING DEFENDANT CHAMPION PETFOODS LP AND STIPULATION AS TO EVIDENCE

NOTE ON MOTION CALENDAR:
July 26, 2023

Plaintiff Holly Rydman and Defendants Champion Petfoods USA, Inc. and Champion Petfoods LP (together, the "Parties"), by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) respectfully file this Stipulation of Voluntary Dismissal of Defendant Champion Petfoods LP and Stipulation as to Evidence. In support thereof, the parties state as follows.

1.  Given that at this stage Plaintiff's claims are directed to her purchase of dog food produced at Champion Petfoods USA Inc.'s DogStar kitchen in Kentucky, the Parties stipulate that Plaintiff voluntarily dismisses Canadian entity Defendant Champion Petfoods LP from this

STIPULATION AND ORDER DISMISSING DEFENDANT CHAMPION PETFOODS LP AND STIPULATION AS TO EVIDENCE - 1
NO. 2:18-CV-1578-TSZ

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

1. action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties agree that, within ten (10) days of the filing of the stipulation, Plaintiff shall file an amended complaint that reflects the agreement of this stipulation.

2. The Parties agree that they reserve all rights to utilize, and all objections to the use of, all evidence that in any way relates to or was obtained from Champion Petfoods LP, as if Champion Petfoods LP were still a defendant in this case, including, but not limited to: ESI produced by Champion Petfoods LP, deposition testimony from Champion Petfoods LP employees, and deposition testimony related to Champion Petfoods LP's NorthStar products and manufacturing practices.

3. The parties agree that this stipulation will not be shown or read to the jury.

DATED July 26, 2023.

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Binah B. Yeung
Binah B. Yeung, WSBA No. 44065
Email: byeung@cairncross.com
Jonathan D. Tebbs, WSBA No. 53861
Email: jtebbs@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendants

STIPULATION AND ORDER DISMISSING DEFENDANT CHAMPION PETFOODS LP AND STIPULATION AS TO EVIDENCE - 2
NO. 2:18-CV-1578-TSZ

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

WINSTON & STRAWN LLP

*/s/ David A. Coulson*
David A. Coulson*
Jared R. Kessler*
Elisa H. Baca*

200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
Tel: (305) 910-0500
Email: DCoulson@winston.com
Email: JRKessler@winston.com
Email: EBaca@winston.com
Attorneys for Defendants
*Admitted Pro Hac Vice

BRESKIN JOHNSON TOWNSEND, PLLC

*/s/ Brendan W. Donckers*
Brendan W. Donckers, WSBA No. 9406
Roger Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206)652-8660
Email: bdonckers@bjtlegal.com
Email: rtownsend@bjtlegal.com
Attorneys for Plaintiff

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson, California Bar No. 241858
Robert K. Shelquist*
Rebecca A. Peterson*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Email: rkshelquist@locklaw.com
Email: rapeterson@locklaw.com
Attorneys for Plaintiff
*Admitted Pro Hac Vice

STIPULATION AND ORDER DISMISSING DEFENDANT CHAMPION PETFOODS LP AND STIPULATION AS TO EVIDENCE - 3
NO. 2:18-CV-1578-TSZ

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

# ORDER

It is so ORDERED.

DATED: August 4, 2023.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Binah B. Yeung
Binah B. Yeung, WSBA No. 44065
Email: byeung@cairncross.com
Jonathan D. Tebbs, WSBA No. 53861
Email: jtebbs@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendants

STIPULATION AND ORDER DISMISSING DEFENDANT CHAMPION PETFOODS LP AND STIPULATION AS TO EVIDENCE - 4
NO. 2:18-CV-1578-TSZ

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308