UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC., et al.,<br><br>Defendant. | C18-1578 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to file, on or before March 15, 2024, proposed findings of fact and conclusions of law relating to Plaintiff's unjust enrichment claim, which will be tried by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of March, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1