UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC., et al.,<br><br>Defendant. | C18-1578 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulation and proposed order regarding unjust enrichment claim, docket no. 162, is rejected by the Court. The parties shall proceed to trial on all claims remaining in the case on April 1, 2024. Proposed findings of fact and conclusions of law relating to the unjust enrichment claim shall be filed by March 15, 2024.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1