UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| HOLLY RYDMAN, et al. | ) | Case No. 2:18-CV-01578-JHC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND PROPOSED ORDER** |
| | ) | **DISMISSING UNJUST ENRICHMENT** |
| CHAMPION PETFOODS USA, INC., | ) | **CLAIM** |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS STIPULATED AND AGREED, by Plaintiff Holly Rydman and Defendant, Champion Petfoods USA, Inc., through authorized counsel below, that Plaintiff's unjust enrichment claim, as stated in Count VII of the Amended Class Action Complaint, is hereby DISMISSED, without prejudice.

DATED: March 13, 2024                         BRESKIN JOHNSON TOWNSEND, PLLC

*/s/ Brendan W. Donckers*
BRENDAN W. DONCKERS, WSBA #39406
ROGER TOWNSEND, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104

STIPULATION AND PROPOSED ORDER
DISMISSING UNJUST ENRICHMENT CLAIM

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (206) 652-8660
Facsimile: (206) 652-8290
E-mail: bdonckers@bjtlegal.com
rtownsend@bjtlegal.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON*
ROBERT K. SHELQUIST*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON*
DANIEL J. NORDIN*
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
dnordon@gustafsongluek.com

***Attorneys for Plaintiff***

STIPULATION AND PROPOSED ORDER
DISMISSING UNJUST ENRICHMENT CLAIM

| | | |
|---|---|---|
| 1 | Dated:  March 13, 2024 | CAIRNCROSS & HEMPELMANN, P.S. |
| 2 | | */s/ Binah B. Yeung* |
| 3 | | Binah B. Yeung, WSBA No. 44065 |
| | | Email: BYeung@cairncross.com |
| 4 | | Jonathan D. Tebbs, WSBA No. 53861 |
| 5 | | Email: JTebbs@cairncross.com |
| | | 524 Second Avenue, Suite 500 |
| 6 | | Seattle, WA  98104 |
| | | Tel: (206) 587-0700 |
| 7 | | WINSTON & STRAWN LLP |
| 8 | | */s/ David A. Coulson* |
| 9 | | David A. Coulson* |
| | | Email: DCoulson@winston.com |
| 10 | | Jared R. Kessler* |
| | | Email: JRKessler@winston.com |
| 11 | | Elisa H. Baca* |
| | | Email: EBaca@winston.com |
| 12 | | 200 S. Biscayne Boulevard, Suite 2400 |
| 13 | | Miami, FL 33131 |
| | | Tel: (305) 910-0500 |
| 14 | | *Admitted *Pro Hac Vice* |
| 15 | | **Attorneys for Defendant** |

27  STIPULATION AND PROPOSED ORDER
28  DISMISSING UNJUST ENRICHMENT CLAIM

3

**ORDER**

It is so ORDERED.

Dated this 18th Day of March, 2024.

_____
John H. Chun
United States District Judge

STIPULATION AND PROPOSED ORDER
DISMISSING UNJUST ENRICHMENT CLAIM

4