UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| HOLLY RYDMAN, et al. | ) Case No. 2:18-CV-01578-JHC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND PROPOSED ORDER** |
| | ) **REGARDING USE OF DEPOSITION** |
| CHAMPION PETFOODS USA, | ) **TRANSCRIPT COPY DURING TRIAL** |
| INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS STIPULATED AND AGREED, by Plaintiff Holly Rydman and Defendant, Champion Petfoods USA, Inc. (collectively, the "Parties"), through authorized counsel below, that the Parties may introduce and use a copy of the February 5, 2019 deposition transcript of Chinedu Ogbonna taken in the Kellie Loeb v. Champion Petfoods USA, Inc. Case No. 18-cv-494 (E.D. WI) as testimony in this matter and of which they have been unable to obtain a certified copy.

DATED:  March 15, 2024                    BRESKIN JOHNSON TOWNSEND, PLLC

                                          _/s/ Brendan W. Donckers_____
                                          BRENDAN W. DONCKERS, WSBA #39406
                                          ROGER TOWNSEND, WSBA #25525
                                          1000 Second Avenue, Suite 3670

STIPULATION AND PROPOSED ORDER
REGARDING USE OF DEPOSITION
TRANSCRIPT COPY DURING TRIAL

Seattle, WA 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
E-mail: bdonckers@bjtlegal.com
rtownsend@bjtlegal.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON*
ROBERT K. SHELQUIST*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON*
DANIEL J. NORDIN*
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
dnordon@gustafsongluek.com

***Attorneys for Plaintiff***

STIPULATION AND PROPOSED ORDER
REGARDING USE OF DEPOSITION
TRANSCRIPT COPY DURING TRIAL

2

1  Dated:  March 15, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Binah B. Yeung
Binah B. Yeung, WSBA No. 44065
Email: BYeung@cairncross.com
Jonathan D. Tebbs, WSBA No. 53861
Email: JTebbs@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104
Tel: (206) 587-0700

WINSTON & STRAWN LLP

/s/ David A. Coulson
David A. Coulson*
Email: DCoulson@winston.com
Jared R. Kessler*
Email: JRKessler@winston.com
Elisa H. Baca*
Email: EBaca@winston.com
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
Tel: (305) 910-0500
*Admitted *Pro Hac Vice*

**Attorneys for Defendant**

1

**<u>ORDER</u>**

2

3   It is so ORDERED.

4   Dated this 18th day of March, 2024.

5

6

7   _____
    John H. Chun
8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   STIPULATION AND PROPOSED ORDER
     REGARDING USE OF DEPOSITION
28   TRANSCRIPT COPY DURING TRIAL