UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE DIVISION

| | | |
|---|---|---|
| HOLLY RYDMAN, | ) | Case No. 2:18-CV-01578-JHC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PRETRIAL ORDER** |
| v. | ) | |
| | ) | |
| CHAMPION PETFOODS USA, INC., a | ) | |
| Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## JURISDICTION

This Court had original jurisdiction over all causes of action asserted herein under the Class Action Fairness Act, 28 U.S.C. §1332(d)(2) (CAFA), because the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and more than two-thirds of the Class reside in states other than the states in which Defendant is a citizen and in which this case is filed. No exceptions to jurisdiction under 28 U.S.C. §1332(d) apply. Although the Court denied Plaintiff's Motion for Class Certification, it retains jurisdiction over this case under CAFA. *See United Steel, Paper & Forestry, Rubber, Mfg., Energy, Allied Indus. & Serv. Workers Int'l Union, AFL-CIO, CLC v. Shell Oil Co.*, 602 F.3d 1087, 1089 (9th Cir. 2010).

## CLAIMS AND DEFENSES

At trial Plaintiff will pursue claims under Washington's Unfair Business Practices and Consumer Protection Act, RCW § 19.86.010, *et seq.*

## ADMITTED FACTS

1. Champion manufactures a variety of dry kibble dog food diets (also called formulations) under the ORIJEN and ACANA brand names.

2. Plaintiff resides in the state of Washington.

3. Champion Petfoods manufactured its dog food at issue in this case in Kentucky.

4. Champion Petfoods sold its dog food in the stream of commerce.

5. Plaintiff purchased the following ten Champion diets: Acana Heritage Free-Run Poultry, Acana Heritage Freshwater Fish, Acana Heritage Meats, Acana Regionals Grasslands, Acana Regionals Meadowland, Acana Regionals Wild Atlantic, Acana Singles Duck & Pear, Acana Singles Lamb & Apple, Acana Singles Pork & Squash, and Orijen Six Fish.

## ISSUES OF LAW

The following are the issues of law to be determined by the court:

1. Whether Defendant engaged in an unfair[1] or deceptive act or practice.

---

[1] Champion's position is that Plaintiff did not plead that Champion engaged in an "unfair" act or practice. Count I of Plaintiff's Third Amended Complaint only alleges "deceptive" acts or practices and does not allege any "unfair" acts or practices. *See* Dkt. 156 at ¶¶ 238-251. Likewise, in opposing Champion's motion for summary judgment, Plaintiff did not argue that Champion had engaged in an "unfair" act or practice. *See* Dkt. 128. Accordingly, because Plaintiff has not pled the theory of an "unfair" act or practice in violation of the Washington Consumer Protection Act, it should not be an issue for the jury's consideration. Plaintiff's position is that she properly pleaded unfair or deceptive practices as required under Washington law that states: "a deceptive act must have the capacity to deceive a substantial portion of the population [] and 'misleads or misrepresents something of material importance'" *Lucero v. Cenlar* FSB, No. C13-0602RSL, 2014 WL 2972374, at *2 (W.D. Wash. July 1, 2014).*See* Dkt. 156 at ¶¶238-251 (discussing misleading, materiality, and deceptive nature of claims). Champion is trying to dissect the statutory language improperly that clearly states it is unfair or deceptive practices. Aa Champion solely attacked the deceptive nature of the claims at summary judgment, Plaintiff responded as to the arguments Champion made.

2.     Whether the act or practice occurred in the conduct of Defendant's trade or commerce.[2]

3.     Whether the act or practice affects the public interest.

4.     Whether Plaintiff was injured in either her business or her property.

5.     Whether Defendant's act or practice proximately caused Plaintiff's injury.

6.     Whether Plaintiff is entitled to a full refund.

7.     Whether Plaintiff is entitled to enhanced (up to treble) damages.

## EXPERT WITNESSES

Each party shall be limited to two (2) expert witness(es) on the issues of liability and damages under the Consumer Protection Act and damages.

The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

**On behalf of Plaintiff:**

1.     Bruce Silverman – 3168 Dona Mema Place, Studio City, CA 91604 – Marketing – will testify.

2.     Stephan Boedeker – 2200 Powell Street, Suite 1200, Emeryville, CA 94608 – Damages – will testify.

**On behalf of Defendant:**

1.     Dr. Robert H. Poppenga, DVM, PhD – UC Davis School of Veterinary Medicine Maddy Lab, Davis, CA 95616 – may call.[3]

---

[2] The parties have stipulated and agree that the act or practice in question occurred in the conduct of Defendant's "trade or commerce." Therefore, this element of the CPA is satisfied, and the jury does not need to address it.

[3] Champion lists Dr. Poppenga as a "May Call" witness in response to conferral with Plaintiff's counsel indicating her potential use of heavy metals or pentobarbital-related exhibits at trial, which in turn requires Dr. Poppenga to contextualize these substances for the jury. Champion contends that all testimony and evidence pertaining to heavy metals and pentobarbital are irrelevant and outside of the scope of this litigation, as it would violate the court's summary judgment ruling which dismissed heavy metals from this case and the plaintiff's agreement to voluntarily dismiss her pentobarbital claims. Dkt. 145; Dkt. 109, n.2 (explaining August 9, 2022 stipulation to drop pentobarbital-related theories). Champion is filing a motion in limine to exclude all testimony and evidence pertaining to heavy metals and pentobarbital, and thus Dr. Poppenga's testimony at trial

PRETRIAL ORDER
Case No. 2:18-CV-01578-TSZ                                                  3

**OTHER WITNESSES**

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

**On behalf of Plaintiff:**

1.      Plaintiff Holly Rydman (LIVE)– 1904 Overhulse Rd. NW, Olympia, WA 98502 will testify regarding her Champion Petfood purchases and the unfair and misleading packaging.

2.      Peter Muhlenfeld (LIVE) (adverse) – [address unknown]  - will testify regarding Champion Petfoods generally, including marketing, consumer research and manufacturing practices.

3.      Jeff Johnston (LIVE) (adverse) – [address unknown]   - will testify regarding Champion Petfoods generally, including marketing, consumer research and manufacturing practices.

4.      Chris Milam (LIVE) (adverse) – [address unknown]   - will testify regarding Champion Petfoods generally, including marketing, consumer research and manufacturing practices.

5.      Jason Arnold – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

6.      Jonathan Ellison – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

7.      Amanda Flowers – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

8.      Bonnie Gerow – (LIVE) (adverse) or (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

---

is also dependent upon the court's ruling as to that motion. By naming Dr. Poppenga, Champion reserves its objections to the admissibility of heavy metal or pentobarbital evidence under Rules 401 and 403.  By email dated March 14, 2024, Plaintiff advised Defendant that she does not intend to put in any heavy metal evidence or other contamination evidence unless Defendant "opens the door" by putting in evidence for which heavy metal or other contamination might be called for to rebut.  But because the Court dismissed the heavy metal part of the case, we did not expect it (heavy metals) to be an issue at all.

9.     Gayan Hettiarachchi – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

10.     Chinedu Ogbonna – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

11.     Richard Raposo – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

12.     Sarry Brown Tarry – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

13.     Julie Washington – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

14.     Christine Caswell – (may call by video) regarding Champion Petfoods' marketing and manufacturing practices.

15.     Krista Freier [Or another witness]  (LIVE) Will call regarding 1006 Exhibits.

16.     Champion Petfoods' survey expert Dominique Hanssens – (LIVE) (adverse) or (may call by video) regarding his survey testimony.

**On Behalf of Defendant:**

1.     Peter Muhlenfeld – c/o Winston & Strawn LLP, 200 S. Biscayne Boulevard, Suite 2400 Miami, FL 33131 (will call) regarding company background, development of the ORIJEN and ACANA brands and diets, and packaging statements on the diets at issue.

2.     Jeffrey Johnston – Champion Petfoods Research & Innovation Centre, 301, 1103 95 St. SW Edmonton, AB, Canada T6X 0P8 (will call) regarding ingredient research and development, product and formula development, food safety, nutrition, production processes, ingredient procurement, and practices as to regrinds and "expired" ingredients.

3.     Christopher Milam – Hampton Premium Meats, 517 E 4th Street Russellville, KY 42276 (will call) regarding fresh regional ingredient sourcing and procurement.

## STIPULATIONS REGARDING WITNESSES

1.     The Parties, expert witnesses, and outside and in-house counsel (not fact witnesses), shall be permitted to hear all testimony from all fact and expert witnesses at trial.

2.      Fact witnesses shall be sequestered at trial, but may remain in the courtroom following completion of their direct and cross-examination testimony. Counsel shall not consult with any witnesses about their testimony during breaks until the witness is excused.

3.      The parties have agreed to a procedure wherein both Plaintiff and Champion would conduct their direct examination of Mr. Milam when he is called in Plaintiff's case-in-chief. Mr. Milam is a former employee of Champion who resides in Kentucky and would be testifying voluntarily. Calling Mr. Milam only once will facilitate scheduling for Mr. Milam and increase trial efficiencies.  Plaintiff has also offered that procedure to Defendant for witnesses Johnson and Muhlenfeld.

## EXHIBITS & DEMONSTRATIVES

1.      For the purposes of this Order, the term "demonstratives" shall refer to a visual or demonstrative aid that consists of a depiction of the evidence in any form and that is useful in helping a witness explain his/her testimony to the jury or to assist counsel in opening statement or closing. Callouts of exhibits or references to testimony for which there is no pending objection, shall not be considered a demonstrative for purposes of the disclosure deadlines referenced below.

### *2.*      *Exhibits and/or Demonstratives in Opening Statements*

**Openings.** The parties shall exchange demonstratives and identify all exhibits that they may reasonably anticipate using in opening statements by 9:00 a.m. PDT, 3 days **before start of trial**. Objections to the opening statement exhibits and/or demonstratives shall be exchanged by 7:00 p.m. PDT, two days **before the start of trial**. The parties shall meet and confer thereafter regarding any objections, and then present any outstanding issues to the Court for resolution as soon as practicable before trial.

**Closings.** The parties shall not be required to exchange demonstratives and/or exhibits for closing arguments.

### 3.    *Disclosure of Witness Order, Exhibits, and Demonstratives for Use During Direct and Cross Examinations*

a.    The parties have exchanged good faith witness lists in a will call/may call format and will exchange updated final witness lists in a will call/may call format ten (10) **days before trial start date**. The final lists shall not list witnesses on the will call list that the party does not intend to call live. The parties shall identify the intended order of the witness(es) they intend to call live and by deposition on each day **by 9:00 a.m. PDT, two calendar days before the date on which the witness would go on the stand or the testimony would be played/read to the jury** (*i.e.,* witness(es) to be called/played Wednesday would be disclosed by 9:00 a.m. PDT on Monday morning). The parties shall notify each other as soon as they have definitively determined that they will no longer be calling any witness previously listed.

b.    Exhibits and demonstratives to be utilized for the direct examination of a witness **shall be exchanged by 9:00 a.m. PDT two calendar days before the day the exhibits** are to be used (*i.e.,* exhibits and demonstratives to be used with a Wednesday witness would be disclosed/exchanged by 9:00 a.m. PDT on Monday morning). Objections to Direct Examination witnesses, exhibits and demonstratives shall be provided by 7:00 p.m. PDT on the same day they are first exchanged/disclosed.  So, for example, witnesses or exhibits disclosed on Monday morning shall be objected to no later than 7:00 PDT that Monday evening.

c.    Exhibits (but not demonstratives or impeachment materials) to be utilized for the cross examination of a witness shall be exchanged by 9:00 a.m. PDT one calendar day before the day such exhibits are to be used (*i.e.,* exhibits [but not demonstratives or impeachment materials] to be used with a Wednesday witness would be disclosed/exchanged by 9:00 a.m. on Tuesday morning). Objections to Cross Examination exhibits shall be provided by 7:00 p.m. PDT on the same day they first exchanged/disclosed. So, for example, witnesses or exhibits disclosed on Monday morning shall be objected to no later than 7:00 p.m. PDT that Monday evening.

# EXHIBITS

Plaintiff intends to present exhibits in electronic format.

|  | Plaintiff's Exhibits |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 001 | CPF0001186 (Champion Petfoods Standard Answers and CPF Language) | | | X | |
| 002 | CPF0001868 (Label: Acana Heritage Freshwater Fish) | X | | | |
| 003 | CPF0001874 (Label: Acana Singles Duck & Pear) | X | | | |
| 004 | CPF0001876 (Label: Acana Singles Lamb & Apple) | X | | | |
| 005 | CPF0001880 (Label: Acana Singles Pork & Squash) | X | | | |
| 006 | CPF0001891 (Label: Acana Regionals Wild Atlantic) | X | | | |
| 007 | CPF0001894 (Label: Acana Regionals Grasslands) | X | | | |
| 008 | CPF0001912 (Orijen Regional Red Label) | | X | | |
| 009 | CPF0001967 (Label: Orijen Six Fish) | X | | | |
| 010 | CPF0002842 (Label: Acana Regionals Meadowland) | X | | | |
| 011 | CPF0017614 (Sales data, 2013-2016) | | X | | |
| 012 | CPF0017743 (Sales data, 2017-2018) | | X | | |
| 013 | CPF0026302 (Shipping-related documents, dated July 24, 2016) | | X | | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 014 | CPF0026315 (Shipping-related documents, dated July 7, 2016) | X | | | |
| 015 | CPF0028106 (Shipping-related documents, dated August 23, 2016) | | X | | |
| 016 | CPF0041983 (Shipping-related documents, dated July 29, 2017) | X | | | |
| 017 | CPF0046980 (Shipping-related documents, dated November 17, 2017) | | X | | |
| 018 | CPF0050514 (Shipping-related documents, dated January 28, 2018) | X | | | |
| 019 | CPF0050936 (Shipping-related documents, dated February 1, 2018) | | X | | |
| 020 | CPF0052578 (Shipping-related documents, dated March 1, 2018) | | X | | |
| 021 | CPF0057885 (Sales data 2016-2018) | | X | | |
| 022 | CPF0058305 (E-mail communications, dated December 2009-January 2010) | | X | | |
| 023 | CPF0058330 (Document titled, "The BEST Just Got BETTER!") | | X | | |
| 024 | CPF0058333 (Document titled, "New! ACANA Grain-Free Foods, Formula and Packaging Improvements") | | X | | |
| 025 | CPF0066047 (E-mail communications, dated April 17, 2013) | | X | | |
| 026 | CPF0066547 (Customer complaint, dated June 24, 2013) | | X | | |
| 027 | CPF0070798 (E-mail communications, dated March 2014) | | X | | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 028 | CPF0071726 (E-mail communications, dated 2014-04-26) | | X | | |
| 029 | CPF0073082 (E-mail communications, dated July 15, 2014) | | X | | |
| 030 | CPF0076315 (E-mail communications, dated January 2018) | | X | | |
| 031 | CPF0079288 (E-mail communications, dated September 13, 2011) | | X | | |
| 032 | CPF0079320 (Formula costing document) | | X | | |
| 033 | CPF0081519 (Project Greyhound- Roles and Processes Chart Descriptions) | | X | | |
| 034 | CPF0083262 (Orijen Brand Guidelines) | | X | | |
| 035 | CPF0085333 (2009 Champion announcement regarding changes to Acana) | | X | | |
| 036 | CPF0088177 (Letter, dated March 4, 2015) | | X | | |
| 037 | CPF0089958 (Project Application Form for 2015 Shelf Life Study, dated December 10, 2014) | X | | | |
| 038 | CPF0091108 (Manufacture Description and Flow Chart) | | X | | |
| 039 | CPF0092151 (Document titled, "One Page Plan 2015-2017") | | X | | |
| 040 | CPF0092581 (E-mail communications, dated August 19, 2015) | | X | | |

| | | Plaintiff's Exhibits | | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 041 | CPF0095516 (Document titled, "Consolidated Standards for Inspection: Prerequisite and Food Safety Programs") | | X | | |
| 042 | CPF0099579 (E-mail communications, dated March 17, 2016) | | X | | |
| 043 | CPF0102953 (Document titled "Standard Operating Procedure," dated 5/10/2016 | X | | | |
| 044 | CPF0142858 (Supplier list) | | X | | |
| 045 | CPF0145434 (2017-01-13 Brand Finance US Dog Pet Food Survey) | | X | | |
| 046 | CPF0145472 (Document titled, "Brand Finance U.S. Dog Pet Food Survey," dated January 13, 2017) | | X | | |
| 047 | CPF0151221 (E-mail communications, April 11, 2017) | | X | | |
| 048 | CPF0171009 (E-mail Communications, dated April 29, 2017) | | X | | |
| 049 | CPF0190994 (E-mail communications, dated May 9, 2017) | | X | | |
| 050 | CPF0209717 (Acana Brand Guidelines) | | X | | |
| 051 | CPF0209796 (E-mail communications, dated May 16, 2017) | | X | | |
| 052 | CPF0213615 (E-mail communications dated May-June 2017) | | X | | |
| 053 | CPF0214027 (E-mail communications, dated June 30, 2017) | | X | | |
| 054 | CPF0214050 (Regrinds usage chart, updated May 30, 2016) | | X | | |

| | | Plaintiff's Exhibits | | | | |
|---|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 055 | CPF0216726 (Audio script) | | X | | |
| 056 | CPF0219329 (Document titled, "Market Trend Analysis Q3, 2017") | | X | | |
| 057 | CPF0220192 (Document titled, "Acana Regionals, Five Year Plan") | | X | | |
| 058 | CPF0221173 (2018 audience research) | | X | | |
| 059 | CPF0228757 (Document titled, "Kentucky Greyhound Project," dated March 7, 2015) | | X | | |
| 060 | CPF0244035 (E-mail communications, dated August 29, 2016) | | X | | |
| 061 | CPF0249062 (Ingredient supplier list) | X | | | |
| 062 | CPF0250646 (Unmatched Fresh Regional Ingredients: Champion Petfoods- BAFRINO Training Module 3) | | X | | |
| 063 | CPF0254858 (E-mail communications, dated September 2017) | | X | | |
| 064 | CPF0255008 (Document titled, "National Industry PIJAC Show 2017: Goals and Outcomes") | | X | | |
| 065 | CPF0255511 (Document titled, "GROW Working Relationships," dated September 13, 2017) | | X | | |
| 066 | CPF0256021 (Vendor Questionnaire - Farm Brands) | | X | | |
| 067 | CPF0256512 (E-mail communications, dated September 2017 - November 2017) | | X | | |
| 068 | CPF0257792 (Document titled "2018 Product Strategy") | | X | | |

| | | Plaintiff's Exhibits | | | | |
|---|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 069 | CPF0258099 (Champion Petfoods 2018 Product Strategy) | | X | | |
| 070 | CPF0258386 (Document titled, "Project Morningstar, Board Update - Draft," dated February 6, 2018) | | X | | |
| 071 | CPF0301299 (Quality Assurance Product Release Form, dated October 21, 2011) | | X | | |
| 072 | CPF0308820 (Quality Assurance Product Release Form, dated January 26, 2012) | | X | | |
| 073 | CPF0425176 (Quality Assurance Product Release Form, dated May 31, 2014) | | X | | |
| 074 | CPF0435932 (Quality Assurance Product Release Form, dated August 29-30, 2014) | | X | | |
| 075 | CPF0446514 (Quality Assurance Product Release Form, dated October 11, 2014) | | X | | |
| 076 | CPF0537694 (Quality Assurance Product Release Form, dated February 28, 2015) | | X | | |
| 077 | CPF0551343 (Quality Assurance Product Release Form, dated March 19, 2015) | | X | | |
| 078 | CPF0570504 (Quality Assurance Product Release Form, dated April 15, 2015) | | X | | |
| 079 | CPF0840714 (Quality Assurance Product Release Form, dated October 4, 2016) | | X | | |
| 080 | CPF1160682 (E-mail communications, dated August 18, 2011) | | X | | |

| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
|---|---|---|---|---|---|
| | **Plaintiff's Exhibits** | | | | |
| 081 | CPF1175497 (E-mail communications, dated October 14, 2014) | | X | | |
| 082 | CPF1177144 (E-mail communications, dated December 2014) | | X | | |
| 083 | CPF1178745 (E-mail communications, dated March 2015) | | X | | |
| 084 | CPF1178746 (Supplier affidavit, dated March 11, 2015) | | X | | |
| 085 | CPF1183880 (E-mail communications, dated November 4-5, 2015) | | X | | |
| 086 | CPF1280150 (E-mail communications, dated October 2017) | | X | | |
| 087 | CPF1285706 (SQF Audit Report, dated February 19, 2018) | X | | | |
| 088 | CPF1286058 (Document titled, "International Market Development") | | X | | |
| 089 | CPF1292285 (E-mail communications, dated March 12-13, 2013) | | X | | |
| 090 | CPF1294360 (Document titled, "President's Club: Champion Petfoods") | | X | | |
| 091 | CPF1295489 (E-mail communications, dated October and November 2013) | | X | | |
| 092 | CPF1297395 (E-mail communications, dated March 10, 2014) | | X | | |
| 093 | CPF1302880 (E-mail communications, dated October 2014) | | X | | |
| 094 | CPF1306862 (E-mail communications, dated January 2015) | | X | | |

| | | | Plaintiff's Exhibits | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 095 | CPF1306889 (E-mail communications, dated January 2015) | | X | | |
| 096 | CPF1308778 (E-mail communications, dated February 2015) | X | | | |
| 097 | CPF1309909 (E-mail communications, dated February-March 2015) | X | | | |
| 098 | CPF1318639 (Letter, dated April 14, 2015) | | X | | |
| 099 | CPF1345493 (Document titled "Hazard Analysis" dated 9/21/2017 | | X | | |
| 100 | CPF1348192 (Ingredient lists for Acana and Orijen diets) | | X | | |
| 101 | CPF1349276 (Letter from FDA, dated February 26, 2018) | | X | | |
| 102 | CPF1515963 (Shipping-related documents, dated May 13, 2016) | | X | | |
| 103 | CPF1522005 (Shipping-related documents, dated June 29, 2016) | | X | | |
| 104 | CPF1710595 (E-mail communications, dated December 9, 2015) | | X | | |
| 105 | CPF1710931 (E-mail communications, dated December 16, 2015) | | X | | |
| 106 | CPF1714695 (Regrinds usage chart, updated December 31, 2015) | | X | | |
| 107 | CPF1716566 (E-mail communications, dated February 18, 2016) | | X | | |
| 108 | CPF1717808 (Laboratory Shift Report, dated March 10, 2016) | | X | | |

| | | | Plaintiff's Exhibits | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 109 | CPF1717891 (Laboratory Shift Report, dated March 14, 2016) | | X | | |
| 110 | CPF1719560 (E-mail communications, dated May 12, 2016) | X | | | |
| 111 | CPF1719813 (E-mail communications, dated April and May 2016) | | X | | |
| 112 | CPF1720401 (E-mail, dated April-May 2016) | | X | | |
| 113 | CPF1724306 (E-mail communications, dated June 10, 2016) | | X | | |
| 114 | CPF1739091 (QA Floor Shift Report, dated November 8, 2016) | | X | | |
| 115 | CPF1739605 (E-mail communications, dated November 30, 2016) | | X | | |
| 116 | CPF1741216 (Laboratory Shift Report, dated January 2, 2017) | | X | | |
| 117 | CPF1748700 (E-mail communications, dated March 20, 2017) | X | | | |
| 118 | CPF1748855 (Document titled, "DOGSTAR FAQs") | | X | | |
| 119 | CPF1758303 (E-mail communications, dated May 2, 2017) | | X | | |
| 120 | CPF1762571 (Document titled, "Attribute Values and Their Relationships") | | X | | |
| 121 | CPF1764319 (E-mail communications, dated June, August, and September 2017) | | X | | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 122 | CPF1765264 (E-mail communication, dated September-October 2017) | | X | | |
| 123 | CPF1767149 (E-mail communications, dated December 2017) | | X | | |
| 124 | CPF1768703 (E-mail communications, dated February 2018) | | X | | |
| 125 | CPF1768707 (Regulations revisions) | | X | | |
| 126 | CPF1770001 (QA Floor Shift Report, dated February 25, 2018) | | X | | |
| 127 | CPF1781155 (Application for a shelf life study in 2015) | X | | | |
| 128 | CPF1781382 (E-mail communications, dated June 2016) | | X | | |
| 129 | CPF1781475 (E-mail communications, dated June 2016) | | X | | |
| 130 | CPF1781852 (E-mail communications, dated June 2016) | | X | | |
| 131 | CPF1783582 (E-mail communications, dated September 1, 2016) | | X | | |
| 132 | CPF1784617 (E-mail communications, dated 2016-09-09) | | X | | |
| 133 | CPF1784652 (E-mail communications, dated September 1, 2016) | | X | | |
| 134 | CPF1786936 (E-mail communications, dated November 19, 2016) | | X | | |

| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
|---|---|---|---|---|---|
| | **Plaintiff's Exhibits** | | | | |
| 135 | CPF1788961 (E-mail communications, dated December 14, 2016) | | X | | |
| 136 | CPF1789156 (E-mail communications, dated December 2016) | | X | | |
| 137 | CPF1789171 (E-mail communications, dated December 19, 2016) | | X | | |
| 138 | CPF1798452 (E-mail communications, dated March 14, 2017) | | X | | |
| 139 | CPF1800577 (Document titled, "DogStar FAQs") | | X | | |
| 140 | CPF1803444 (E-mail communications, dated May 24-25, 2017) | X | | | |
| 141 | CPF1806991 (Champion Petfoods Corporate Video, dated July 12) | | X | | |
| 142 | CPF1807782  (Document titled, "DogStar FAQs") | | X | | |
| 143 | CPF1812999 (E-mail communications, dated September 7, 2017) | | X | | |
| 144 | CPF1813063 (Document titled "Team USA Report," dated August 2017) | | X | | |
| 145 | CPF1817441 (Document titled, "US B2C Pilot Strategy") | | X | | |
| 146 | CPF1817671 (E-mail communications, dated November 2017) | | X | | |
| 147 | CPF1817708 (E-mail communications, dated November 2017) | | X | | |
| 148 | CPF1823546 (Document titled, "Pet Food Market Assessment") | | X | | |

| | | | Plaintiff's Exhibits | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 149 | CPF1825639 (Document entitled "Revision Requests-Regulations") | | X | | |
| 150 | CPF1826327 (E-mail communication, dated February 15, 2016) | | X | | |
| 151 | CPF1826604 (Document titled "Project Morningstar: Opportunity Overview," dated February 2018) | | X | | |
| 152 | CPF1829624 (E-mail communications, dated August 17, 2011) | | X | | |
| 153 | CPF1833588 (E-mail communications, dated March 10, 2014) | | X | | |
| 154 | CPF1837923 (Document titled "Regulatory Incident Questionnaire," dated June 6, 2015) | | X | | |
| 155 | CPF1841061 (E-mail communications, dated November 4, 2016) | | X | | |
| 156 | CPF1842564 (Deloitte Accountant's Report, dated January 12, 2016) | | X | | |
| 157 | CPF1873365 (E-mail communications dated August 23, 2010) | | X | | |
| 158 | CPF1936913 (E-mail communications, dated November 1, 2011) | | X | | |
| 159 | CPF1941121 (E-mail communications, dated December 6, 2011) | | X | | |
| 160 | CPF1941300 (Document titled "Product Authenticity Risk Management") | | X | | |
| 161 | CPF1949251 (E-mail communications, dated October 12, 2016) | | X | | |

| | | | Plaintiff's Exhibits | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 162 | CPF1958871 (Document titled, "Viva Las Vegas: Superzoo 2016") | | X | | |
| 163 | CPF1973651 (Champion Petfoods Management Presentation) | | X | | |
| 164 | CPF1973904 (Document titled "Project Morningstar Norfolk Operational Due Diligence Call") | | X | | |
| 165 | CPF1973922 (Document titled "Project Morningstar Norfolk Operational Due Diligence Call") | | X | | |
| 166 | CPF1981389 (E-mail communications, dated September 2017) | | X | | |
| 167 | CPF1999067 (Document titled, "Our Foundation: Our Guiding Principles," dated August 9, 2018) | | X | | |
| 168 | CPF2003781 (Document titled, "Agri-Business Automation and Lean Manufacturing Application Form") | | X | | |
| 169 | CPF2004325 (Document titled, "CPF Value Statement") | | X | | |
| 170 | CPF2008170 (E-mail communications, dated November 28, 2011) | | X | | |
| 171 | CPF2011289 (Document titled, "Agri-Business Automation and Lean Manufacturing Application Form") | | X | | |
| 172 | CPF2011360 (Document titled, "Agri-Business Automation and Lean Manufacturing Application Form) | | X | | |

| | | | Plaintiff's Exhibits | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 173 | CPF2015010 (E-mail communications dated July 1, 2013) | | X | | |
| 174 | CPF2024487 (Document titled, "SQF Level 2 GAP Assessment," dated June 6-8, 2016) | X | | | |
| 175 | CPF2025929 (Document titled "Regulatory Affairs Strategic Plan 2017-2022") | | X | | |
| 176 | CPF2028694 (Document titled, "Creative Services") | | X | | |
| 177 | CPF2047936 (Champion Petfoods Response to South African Regulatory Authorities, dated January 15, 2016) | | X | | |
| 178 | CPF2055446 (Laboratory Shift Report, dated September 8, 2015) | | X | | |
| 179 | CPF2057754 (Myths and Misconceptions: Champion Petfoods- BAFRINO Training Module 5) | | X | | |
| 180 | CPF2062755 (QA Floor Shift Report, dated November 12, 2017) | | X | | |
| 181 | CPF2067153 (QA Floor Shift Report, dated March 24, 2018) | | X | | |
| 182 | CPF2072411 (E-mail Correspondence, dated January 18, 2016) | | X | | |
| 183 | CPF2073241 (Document titled, "BAFRINO") | | X | | |
| 184 | CPF2074069 (E-mail communications, dated July 13, 2016) | | X | | |
| 185 | CPF2074587 (Supplier checklist) | | X | | |
| 186 | CPF2087494 (E-mail communications, dated October 12, 2017) | | X | | |

| | | | Plaintiff's Exhibits | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 187 | CPF2088727 (Champion Petfoods Orijen Product Concept, dated January 3, 2018) | | X | | |
| 188 | CPF2092037 (Champion Petfoods Acana Singles Marketing Launch Plan, dated April 25, 2018) | | X | | |
| 189 | CPF2100546 (E-mail communications, dated November 20, 2015) | | X | | |
| 190 | CPF2113159 (Champion Petfoods Project Morningstar Financial Model, dated March 15, 2018) | | X | | |
| 191 | CPF2113257 (E-mail communications, dated March 19, 2018) | | X | | |
| 192 | CPF2115078 (Document titled, "Global Pet Outcomes") | | X | | |
| 193 | CPF2116940 (Document titled, "Your Questions Answered") | | X | | |
| 194 | CPF2117040 (MSRP by state, 2016-2018) | | X | | |
| 195 | CPF2117189 (Supplier list, risk, audit plan, dated July 22, 2013) | | X | | |
| 196 | CPF2117612 (Champion Petfoods Supplier Audit for Certified Approval, dated June 8, 2018) | | X | | |
| 197 | CPF2117800 (Settlement Calculations) | | X | | |
| 198 | CPF2129877 (Regrinds Spreadsheet) | | X | | |
| 199 | CPFB00032 (Label: Acana Heritage Free Run Poultry) | | X | | |
| 200 | CPFB00033 (Label: Acana Heritage Free Run Poultry) | | X | | |

| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
|---------|------------------------------------------|--------------------------|--------------------------------------------------|-----------------------|----------|
| | **Plaintiff's Exhibits** | | | | |
| 201 | CPFB00034 (Label: Acana Heritage Freshwater Fish) | | X | | |
| 202 | CPFB00035 (Label: Acana Heritage Freshwater Fish) | | X | | |
| 203 | CPFB00036 (Label: Acana Heritage Meats) | | X | | |
| 204 | CPFB00039 (Label: Acana Regionals Grasslands) | | X | | |
| 205 | CPFB00040 (Label: Acana Regionals Grasslands) | | X | | |
| 206 | CPFB00042 (Label: Acana Regionals Meadowland) | | X | | |
| 207 | CPFB00043 (Label: Acana Regionals Meadowland) | | X | | |
| 208 | CPFB00044 (Label: Acana Regionals Wild Atlantic) | | X | | |
| 209 | CPFB00045 (Label: Acana Regionals Wild Atlantic) | | X | | |
| 210 | CPFB00046 (Label: Acana Singles Duck & Pear) | | X | | |
| 211 | CPFB00047 (Label: Acana Singles Duck & Pear) | | X | | |
| 212 | CPFB00050 (Label: Acana Singles Lamb & Apple) | | X | | |
| 213 | CPFB00052 (Label: Acana Singles Lamb & Apple) | | X | | |
| 214 | CPFB00056 (Label: Acana Singles Pork & Squash) | | X | | |
| 215 | CPFB00057 (Label: Acana Singles Pork & Squash) | | X | | |
| 216 | CPFB00084 (Label: Orijen Six Fish) | | X | | |
| 217 | CPFB00088 (Label: Orijen Six Fish) | | X | | |
| 218 | CPFB00089 (Label: Orijen Six Fish) | | X | | |

| | | Plaintiff's Exhibits | | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 219 | 1006 Exhibit - Plaintiff Claim Count Chart | | X | | |
| 220 | 1006 Exhibit - Acana and Orijen ingredients and suppliers | | X | | |
| 221 | 1006 Exhibit - Expert Boedeker Survey Results | | X | | |
| 222 | 1006 Exhibit - Sales Data | | X | | |
| 223 | 1006 Exhibit - Comparing Statements on Acana Dog Food Packaging | | X | | |
| 224 | 1006 Exhibit - Comparing Statements on Orijen Dog Food Packaging | | X | | |
| 225 | 1006 Exhibit - Expired Ingredients | | X | | |
| 226 | 1006 Exhibit - Frozen Ingredients | | X | | |
| 227 | 1006 Exhibit - Six Fish ingredients and suppliers | | X | | |
| 228 | 1006 Exhibit - Summarizing regrind use with diets manufactured at DogStar and purchased by Plaintiff Rydman | | X | | |
| 229 | 2017 Pet Food Industry Top 50 Pet Food Companies | | X | | |
| 230 | 2018 Pet Food Industry Top 50 Pet Food Companies | | X | | |
| 231 | 2018-01-16 Article: How Once-Tiny Pet-Food Maker Took a Bite of the Global Market | | X | | |

| | | | Plaintiff's Exhibits | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 232 | 2018-11-16 Defendants Responses and Objections to Plaintiffs' First Set of Interrogatories - *Reitman* | | X | | |
| 233 | 2019-07-16 Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Admissions - *Reitman* | | X | | |
| 234 | 2019-07-16 Defendants Responses and Objections to Plaintiffs' Second Set of Interrogatories - *Reitman* | | X | | |
| 235 | 2019-11-15 Defendants Response to Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law - *Reitman* | | X | | |
| 236 | 2020-08-17 Defendants Responses and Objections to Plaintiffs' First Request for Admissions - *Song* | | X | | |
| 237 | All documents relied on by Stefan Boedeker | | X | | |
| 238 | All documents relied on by Bruce Silverman | | X | | |
| 239 | All exhibits used in any 1006 exhibit | | X | | |
| 240 | 2021-01-08 Article: Champion Petfoods Resolves Two Mislabeling Lawsuits | | X | | |
| 241 | Chewy Website showing Pedigree Dog Food | | X | | |
| 242 | Expert Report - Bruce Silverman (portions not excluded by the Court) | | X | | |

| | | | Plaintiff's Exhibits | | | |
|---|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 243 | Expert Report - Stefan Boedeker | | X | | |
| 244 | FDA Reportable Food Registry for Industry | | X | | |
| 245 | Total Diet Study, dated April 15, 2014, revised April 2017 | | X | | |
| 246 | FDA Total Diet Study (2018-2020) | | X | | |
| 247 | 2021-04-30 C. Ogbonna Declaration in Support of Defendants Response in Opposition to Plaintiff's Motion for Class Certification at Exhibit 1 - *Zarinebaf* | | X | | |
| 248 | RYDMAN000178 (Plaintiff Rydman's purchase receipts) | X | | | |
| 249 | Label: Acana Heritage Free-Run Poultry (CPF webpage, 1/6/2023) | | X | | |
| 250 | (Document titled, "Champion Petfoods Natural Claims") | | X | | |
| 251 | Photographs of Orijen and Acana Dog Food taken in 2019 with counsel for both parties present. | | | X | |
| 252 | CPF1285113 (E-mail communications, dated January 2018) | | X | | |
| 253 | CPF0221419 (Orijen Champion Five Year Plan (All Markets)) | | X | | |
| 254 | CPF1932836 (Acana Singles Five Year Plan (All Markets)) | | X | | |

| | | Plaintiff's Exhibits | | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 255 | CPF2088776 (Acana Heritage Five Year Plan (DogStar)) | | X | | |
| 256 | CPF2088826 (Acana Regionals Five Year Plan (All Markets)) | | X | | |
| 257 | CPF1166607 (Procedure: Rework Handling, Flavour Infusion & Repack, effective March 14, 2011) | | X | | |
| 258 | CPF0220583 (Champion Food Safety Manual, dated September 21, 2017) | X | | | |
| 259 | 2018-07-06 Article: Champion Petfoods Comments on Nestle Acquisition Speculation | | | X | |
| 260 | 2017-07-02 Article: Nestle in Talks to Buy Pet-Food Maker for $2 Billion | | | X | |
| 261 | 2022-11-01 Article: Mars Petcare to Purchase Orijen and Acana | | | X | |
| 262 | CPF0079262 (Report dated September 6, 2011) | | X | | |
| 263 | CPF0079270 (Spreadsheet, dated April 2007 – May 2011) | | X | | |
| 264 | CPF0079273 (Spreadsheet, dated January – June 2011) | | X | | |
| 265 | CPF0079281 (Spreadsheet dated September 2011) | | X | | |
| 266 | CPF0082963 (Product development presentation dated November 2014) | | X | | |
| 267 | CPF1997241 (E-mail communications, dated November 30, 2017) | | X | | |

| | | Plaintiff's Exhibits | | | |
|---|---|---|---|---|---|
| Ex. No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated / Admissibility Disputed | Authenticity Disputed | Admitted |
| 268 | CPF2006163 (Letter to Export Partners, dated September 25, 2010) | | X | | |
| 269 | CPF2020429 (Acana Heritage Pricing Guide, dated August 2015) | | X | | |
| 270 | CPF2027859 (Launch package, dated October 2016) | | X | | |
| 271 | CPF2095939 (Acana suggested retail prices, dated September 2015) | | X | | |
| 272 | CPF0100358 (E-mail communications, dated March 2016) | | X | | |
| 273 | CPF1724462 (Regrinds usage chart, updated October 30, 2014) | | X | | |
| 274 | CPF1739482 (E-mail communications, dated November 18, 2016) | | X | | |
| 275 | CPF1764572 (Document titled, "Ingredient Specification Form - Fats and Oils, effective February 24, 2017") | | X | | |

Defendant intends to present exhibits in electronic and/or paper format.

| | | Defendant's Exhibits | | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| 300. | 2016 DogStar ORIJEN Six Fish label (CPFB00084) | X | | | |
| 301. | 2017 DogStar ORIJEN Six Fish | X | | | |

| | | Defendant's Exhibits | | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| | label (CPFB00088; Pl. Depo Ex. 11) | | | | |
| 302. | 2016-2017 DogStar ACANA Regionals Grasslands label (CPFB00039; Pl. Depo Ex. 14) | X | | | |
| 303. | 2016-2017 DogStar ACANA Regionals Meadowland label (CPFB00042; Pl. Depo Ex. 19) | X | | | |
| 304. | 2016-2017 DogStar ACANA Regionals Wild Atlantic (CPFB00044; Pl. Depo Ex. 13) | X | | | |
| 305. | 2016-2017 DogStar ACANA Singles Lamb & Apple label (CPFB00050; Pl. Depo Ex. 15) | X | | | |
| 306. | 2016-2017 DogStar ACANA Singles Pork & Squash label (CPFB00056; Pl. Depo Ex. 20) | X | | | |
| 307. | 2016-2017 DogStar ACANA Singles Duck & Pear label (CPFB00046; Pl. Depo Ex. 16) | X | | | |
| 308. | 2016-2017 DogStar ACANA Heritage Free-Run Poultry label (CPFB00032; Pl. Depo Ex. 18) | X | | | |
| 309. | 2016-2017 DogStar ACANA Heritage Red Meat label (CPFB00036; Pl. Depo Ex. 17) | X | | | |
| 310. | 2016-2017 DogStar ACANA Heritage Freshwater Fish (CPFB00034; Pl. Depo Ex. 12) | X | | | |
| 311. | 2014 NorthStar ACANA Singles | | X | | |

| | | Defendant's Exhibits | | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| | Lamb & Apple (CPFB00054) (for impeachment) | | | | |
| 312. | 1980s ACANA Striped Bag images | | X | | |
| 313. | 1990s ACANA Blue Bag | | X | | |
| 314a. | Silverman Dep. November 24, 2020 Ex. 2 | | X | | |
| 314b. | Silverman Dep. November 24, 2020 Ex. 3 | | X | | |
| 315. | DogStar Suppliers Map (CPF0249064) | X | | | |
| 316. | Aug. 14, 2015 Letter from C. Ogbonna to L. Higgins bags (CPF0000022) | | X | | |
| 317a. | AAFCO 2016 Publication Fresh Definition | | | X | |
| 317b. | AAFCO 2016 Publication Raw Definition | | | X | |
| 318. | AAFCO 2016 Publication Made With Definition | | | X | |
| 319. | December 14, 2016 SQFI Audit Report of DogStar (CPF0216056) | | X | | |
| 320. | 21 C.F.R. Ch. 507 excerpt | | X | | |
| 321. | 21 C.F.R. Ch. 110 excerpt | | X | | |
| 322. | USDA Food Standards and Labeling Policy Book August 2005 | | X | | |
| 323. | RESERVED | | | | |
| 324. | RESERVED | | | | |
| 325. | RESERVED | | | | |
| 326. | RESERVED | | | | |
| 327. | Feb. 14, 2017 Letter from GFSI to | | X | | |

| | Defendant's Exhibits | | | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| | G. Hettiarachchi (CPF0057883) | | | | |
| 328. | DogStar Tour PowerPoint (CPF1822967) | | X | | |
| 329. | Certificate of Registration, SQF Level 2 Award to DogStar (CPF0057882) | | X | | |
| 330. | Certificate of Registration, SQF Award for Manufacturing to DogStar (CPF0057884) | | X | | |
| 331. | Design Build Award Article (CPF0212760) | | | X | |
| 332. | Video - Our Commitment to Safe Quality Foods (CPF1873005) | | X | | |
| 333. | Images of exterior and interior of DogStar Kitchen (from produced documents) | | | X | |
| 334. | Champion Consumer Program (Ex. 3 to Rydman Depo) RYDMAN000103 | | | X | |
| 335. | Fluffy and Floyd's Redacted Frequent Buyer Cards (Ex. 4 to Rydman Depo) | X | | | |
| 336. | Mud Bay purchase history (Ex. 5 to Rydman Depo) | X | | | |
| 337. | Fluffy and Floyd's Receipts (Ex. 6 to Rydman Depo) | X | | | |
| 338. | Amazon Receipts (Ex. 8 to Rydman Depo) RYDMAN000107-RYDMAN000169 | X | | | |

| | | Defendant's Exhibits | | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| 339. | Mud Bay Receipts (Ex. 9 to Rydman Depo) RYDMAN000171- RYDMAN000177 | X | | | |
| 340. | Plaintiff Rydman Responses to Interrogatories | | X | | |

**Conditional Heavy Metal and Pentobarbital Exhibits:[4]**

| | | | | | |
|---|---|---|---|---|---|
| 341. | Champion Petfoods USA, Inc. Establishment Inspection Report, dated May 16, 2018, Jim Wagner Deposition Ex. 4 | | X | | |
| 342. | Champion Petfoods Ingredient Specification Form - Dry Protein, dated February 24, 2017, Gilmurray Depostion Ex. 18 | | X | | |
| 343. | Champion Petfoods Ingredient Specification Form - Fats and Oils, dated February 24, 2017, Gilmurray Depostion Ex. 19 | | X | | |
| 344. | Pennsylvania Department of Agriculture Bureau of Plant Industry Letter from David Dressler to Champion Petfoods USA, Inc. re: inspection conducted on April 11, 2018 at | | X | | |

---

[4] Plaintiff objects to all the conditional exhibits as irrelevant unless Defendant opens the door into these issues.

| | | Defendant's Exhibits | | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| | JBS/MOPAC, dated May 7, 2018, Gilmurray Deposition Ex. 21 | | | | |
| 345. | TVMDL Final Report by Mays, dated May 18, 2018 (CPF2118823-CPF2118824) | | X | | |
| 346. | Email from Ken Gilmurray to Chris Milam, Michael Bracrella re: Vendor Questionnaire, dated August 19, 2016, Gilmurray Deposition Ex. 6 (CPF2118340-CPF2118347) | | X | | |
| 347. | Email from Ken Gilmurray to Jamie Kratchkowski, cc: Chris Milam re: Ingredient and Supplier Development Form, dated June 9, 2017, Gilmurray Deposition Ex. 7 (JBS0022275-JBS0022289) | | X | | |
| 348. | Exponent Risk Assessment Memo | | X | | |
| 349. | National Research Council, Mineral Tolerance of Animals, 2d Rev. Ed., 2005 | | X | | |
| 350. | FDA Target Animal Safety Review Memorandum June 15, 2011 (CPF0075130) | | X | | |
| 351. | Directive 2002/32/EC of the European | | X | | |

| | Defendant's Exhibits | | | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| | Parliament (CPF0000225) | | | | |
| 352. | Commission Regulation (EC) No. 1881/2006 (CPF0000237) | | X | | |
| 353. | Periodic Table of Elements | | X | | |
| 354. | April 2014 FDA Total Diet Study - Market Baskets 2006 – 2013 (CPF0000912) | | X | | |
| 355. | July 2022 FDA Total Diet Study with 2018 – 2020 data | | X | | |
| 356. | July 2022 FDA Total Diet Study Supplemental Data | | X | | |
| 357. | January 5, 2009 Email from D. Mick to J. Johnston (CPF1828020) | | X | | |
| 358. | July 25, 2009 Email from M. Bailey to J. Johnston (CPF0058255) | | X | | |
| 359. | March 15, 2011 Email from S. Brown to J. Johnston (CPF0060142) | | X | | |
| 360. | May 19, 2011 Email from J. Johnston to D. Mick (CPF1829442) | | X | | |
| 361. | April 28, 2017 Email from S. Brown to G. Hettiarachchi (CPF0171009) | | X | | |
| 362. | May 9, 2017 Email from G. Hettiarachchi to S. Brown (CPF0190994) | | X | | |

| | | Defendant's Exhibits | | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| 363. | White Paper on Heavy Metals (CPF2089850) | | X | | |
| 364. | Data underlying White Paper (CPF1252530) | | X | | |
| 365. | 2017 DogStar Monthly Testing Schedule (CPF1801450) | | X | | |
| 366. | 2016 DogStar Monthly Testing Schedule (CPF1801451) | | X | | |
| 367. | Ellipse Certificates of Analysis for Heavy Metals and BPA levels alleged in the Complaint (CALLAN00001–32) | | X | | |
| 368. | FRE 1006 Composite Exhibit – Eurofins Certificates of Analysis for Heavy Metals Testing on Ingredients from 2014 to 2018 | | X | | |
| 369. | FRE 1006 Composite Exhibit – Eurofins Certificates of Analysis for Heavy Metals Testing on Finished Food from 2011 to 2018 | | X | | |
| 370. | Eurofins Laboratory Accreditation (Eurofins001174-1186) | | X | | |
| 371. | FRE 1006 Composite Exhibit – Silliker Certificates of Analysis for Heavy Metals Testing on | | X | | |

| | | | Defendant's Exhibits | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| | Finished Food from 2008 to 2018 | | | | |
| 372. | FRE 1006 Composite Exhibit – Maxxam Certificates of Analysis for Heavy Metals Testing on Finished Food from 2009 to 2018 | | X | | |
| 373. | FRE 1006 Composite Exhibit – ALS Marshfield Certificates of Analysis with Key ID for Heavy Metals Testing on 69 Competitor Dog Food Samples During Course of Litigation | | X | | |
| 374. | ISUVDL heavy metals testing on Champion dog food (Table 3 of Pusillo Safety Report) | | X | | |
| 375. | FRE 1006 Composite Exhibit – Eurofins Certificates of Analysis for Organic Arsenic and Inorganic Arsenic Levels Measured in Champion's Dog Food During the Course of Litigation – Asked Poppenga | | X | | |
| 376. | RESERVED | | | | |
| 377. | Deemy, M. and Benjamin, L. (2019): CVM CY15-17 Report on Heavy Metals in Animal Food, United States Food | | X | | |

| | | | Defendant's Exhibits | | |
|---|---|---|---|---|---|
| Ex No. | Description of Exhibit or Demonstrative | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity Disputed | Admitted |
| | and Drug Administration | | | | |
| 378. | Kelly D.G., White, S.D. and Weir, R.D (2013): Elemental composition of dog foods using nitric acid and simulated gastric digestions. Food and Chemical Toxicology, 55:568-577. | | X | | |
| 379. | Kim, H., Loftus, J.P., Mann, S. and Wakshlag, J.J. (2018): Evaluation of arsenic, cadmium, lead and mercury contamination in over-the-counter available dry dog foods with different animal ingredients (red meat, poultry, and fish). Frontiers in Veterinary Science, 5:264. | | X | | |
| 380. | Paulelli, A., Martins, Jr., A., de Paula, E. *et al*., (2018): Risk assessment of 22 chemical elements in dry and canned pet foods. Journal of Consumer Protection and Food Safety, 13:359-365. | | X | | |

(No party is required to list any exhibit which is listed by another party, or any exhibit to be used for impeachment only.  See LCR 16 for further explanation of numbering of exhibits).

1

## DEPOSITION DESIGNATIONS

2    Plaintiff will be designating the deposition transcripts of the following individuals, as

3 identified in the highlighted transcripts (Dkt. 173).

4    1.    Arnold, Jason Keith 2018-11-01 (Loeb)

5    2.    Arnold, Jason Keith 2018-11-27 (30)(b)(6)

6    3.    Brown Tarry, Sarah 2018-12-05 (30)(b)(6) and (30)(b)(1)

7    4.    Caswell, Christine 2018-10-24 (Loeb)

8    5.    Ellison, Jonathan 2018-12-05 (30)(b)(6)

9    6.    Ferrell, Ricky 2018-11-28

10   7.    Flowers, Amanda 2018-11-02 (Loeb)

11   8.    Flowers, Amanda 2018-11-27

12   9.    Flowers, Amanda 2018-11-27 (30)(b)(6)

13   10.   Gerow, Bonnie 2018-10-23 (Loeb)

14   11.   Gerow, Bonnie 2018-12-05

15   12.   Gerow, Bonnie 2018-12-05 (30)(b)(6)

16   13.   Hettiarachchi, Gayan 2018-12-06 (30(b)(1) and (30)(b)(6)

17   14.   Ogbonna, Chinedu 2018-12-07 (30)(b)(6)

18   15.   Ogbonna, Chinedu 2019-02-05 (Loeb)

19   16.   Raposo, Richard 2018-10-25 (Loeb)

20   17.   Raposo, Richard 2018-12-04 (30)(b)(6) and (30)(b)(1)

21   18.   Wagner, Jim 2019-04-03 (30)(b)(6)

22   19.   Washington, Julie 2018-12-05

23   Champion states that it does not intend to offer deposition designations at trial, with the

24 exception of those offered solely for rebuttal and/or impeachment should the need arise during

25 trial and counter-designations offered in response to Plaintiff's deposition designations.

26

## JURY, *VOIR DIRE* AND OPENING STATEMENTS

27

28

The Parties have agreed to a jury of eight jurors and three peremptory strikes subject to approval by the Court.  Defendant objects to conducting *voir dire* via Zoom and both Parties object to conducting opening statements via Zoom.

## ACTION BY THE COURT

(a)     This case is scheduled for trial before a jury on April 2, 2024, at 9:00 a.m.

(b)     Trial briefs shall be submitted to the court on or before March 15, 2024.

(c)     Jury instructions requested by either party shall be submitted to the court on or before March 15, 2024.  Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before March 15, 2024.

This order has been approved by the parties.  This order shall control the subsequent course of the action unless modified by a subsequent order.  This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 25th day of March, 2024.

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE