UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| HOLLY RYDMAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC., a Delaware corporation,<br><br>Defendants. | No. 2:18-cv-01578-JHC<br><br>STIPULATED MOTION AND ORDER REGARDING VOLUNTARY DISMISSAL |

STIPULATED MOTION

On March 28, 2024, the Parties notified the Court of a settlement in this case and the Court promptly entered a minute order striking the trial date and related dates. *See* Dkt. No. 195. The parties have fully executed the agreement and accomplished the terms of settlement and now, pursuant to Fed. R. Civ. P. 41(a)(1)-(2), stipulate to dismissal of the matter with prejudice and without costs and attorneys' fees to any party.

STIPULATED MOTION AND ORDER
REGARDING VOLUNTARY DISMISSAL - 1
(No. 2:18-cv-01578-JHC)

ORDER

Per the foregoing stipulation, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

DATED this 26th day of April, 2024.

_____
John H. Chun
United States District Judge

Presented By:

BRESKIN JOHNSON TOWNSEND, PLLC

By: _s/ Brendan W. Donckers_
BRENDAN W. DONCKERS, WSBA #39406
ROGER TOWNSEND, WSBA #25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
E-mail: bdonckers@bjtlegal.com
rtownsend@bjtlegal.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _s/ Rebecca A. Peterson_
ROBERT K. SHELQUIST, #21310X (MN)
REBECCA A. PETERSON, #0392663 (MN)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

GUSTAFSON GLUEK, PLLC

By: _s/ Daniel E. Gustafson_
DANIEL E. GUSTAFSON, #202241
KARLA M. GLUEK, #238399
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402

STIPULATED MOTION AND ORDER
REGARDING VOLUNTARY DISMISSAL - 2
(No. 2:18-cv-01578-JHC)

Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com

ROBBINS LLP
KEVIN A. SEELY (199982)
5060 Shoreham Place,
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

CUNEO GILBERT & LADUCA, LLP
CHARLES LADUCA
4725 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813
E-mail: charles@cuneolaw.com

LITE DEPALMA GREENBERG & AFANADOR, LLC
JOSEPH DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

WEXLER BOLEY & ELGERSMA LLP
KENNETH A. WEXLER
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
E-mail: kaw@wbe-llp.com

**Attorneys for Plaintiff**


CAIRNCROSS & HEMPELMANN, P.S.

*/s/ Binah B. Yeung*
Binah B. Yeung, WSBA No. 44065

STIPULATED MOTION AND ORDER
REGARDING VOLUNTARY DISMISSAL - 3
(No. 2:18-cv-01578-JHC)

Email: BYeung@cairncross.com
Jonathan D. Tebbs, WSBA No. 53861
Email: JTebbs@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104
Tel.: (206) 587-0700

WINSTON & STRAWN LLP

<u>/s/ David A. Coulson</u>
David A. Coulson*
Email: DCoulson@winston.com
Jared R. Kessler*
Email: JRKessler@winston.com
Elisa H. Baca*
Email: EBaca@winston.com
Evan S. Gilbert*
Email: EGilbert@winston.com
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131
Tel.: (305) 910-0500
*Admitted *pro hac vice*

**Attorneys for Defendant**
**Champion Petfoods USA Inc.**

STIPULATED MOTION AND ORDER
REGARDING VOLUNTARY DISMISSAL - 4
(No. 2:18-cv-01578-JHC)